# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2053

_____

| | | |
|---|---|---|
| Phelix Henry Frazier, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Sam Poston, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  April 23, 2001

Filed:  April 26, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

Phelix Henry Frazier appeals the district court's dismissal without prejudice of Frazier's legal malpractice suit against his former criminal defense attorney. Having reviewed the record, we agree with the district court that Frazier's lawsuit is premature and we affirm for the reasons stated in the court's opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.